In re Aguilar, Lydia Salgado Indiv. et al.; Aguilar, Nestor Yanez; Aguilar, Alan S.; Aguilar, Erlinda S.; Aguilar, George S.; Aguilar, Nelia S.; Aguilar, Remedios S.; Aguilar, Roberto S.; Aguilar, Sylvia S; Aguilar, Teodoro S.; — Plaintiff(s); applying for supervisory and/or remedial writs, Parish of Jefferson, 24th Judicial District Court Div. M, Nos. 403-685, 442-366; to the Court of Appeal, Fifth Circuit, No. 99-C-1085.
Denied.
VICTORY, J., not on panel.
CALOGERO, C.J., would grant the writ.